UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASPEN AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLEY 2001, LLC<br><br>    Defendant. | CIVIL ACTION NO. 23-CV-2937<br><br>**CONSENT ORDER WITHDRAWING MOTION FOR DEFAULT AND EXTENDING TIME TO FILE AN ANSWER** |

It appearing that a Motion for Order Entering Default Judgment is pending in the above entitled action against Defendant, Alley 2001, LLC, on October 16, 2023 and Timothy D. Barrow, Attorney for Plaintiff, having consented hereto and for good cause;

**IT IS** on this 3rd day of October, 2023, **ORDERED** that the aforementioned Motion for Order Entering Default Judgment against Defendant, Alley 2001, LLC is hereby withdrawn and leave is granted to the aforesaid Defendant to plead as to the Complaint by filing the Answer within 21 days.

                BY THE COURT:

                _____
                Magistrate Judge Jose R. Almonte

I hereby consent to the entry of the foregoing Order:

/s/ Timothy D. Barrow, Esq_____      /s/ Eric J. Berger, Esq._____
Timothy D. Barrow, Esq.           Eric J. Berger, Esq.
Attorney for Plaintiff             Cozen O'Connor
                      Attorney for Alley 2001, LLC